**UNITED STATES of America, Plaintiff-Appellee**

v.

**Roberto BERMUDEZ-FLORES, Defendant-Appellant**

**No. 16-30349**

United States Court of Appeals, Fifth Circuit.

March 10, 2017

Jeffrey Ryan McLaren, Kevin G. Boitmann, Gregory Martin Kennedy, Assistant U.S. Attorneys, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff-Appellee

Ada Phleger, Samuel John Scillitani, Jr., Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant-Appellant

---

Before BARKSDALE, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Finding the Government breached its plea agreement with the defendant, we VACATE his conviction and sentence and REMAND this case for reassignment to a different judge.[1] Because defense counsel represents that the defendant may be released as early as next month, we direct the district court to resolve this case expeditiously.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. We remand for proceedings before a different judge not because of any "impartiality of the … judge who heard this case," but because our precedent commands this result. *United States v. Self*, 596 F.3d 245, 250 (5th Cir. 2010) (citation omitted).